IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION No.

MICHAEL RYAN TATUM, an individual; and CALYX CONTAINERS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

KINZIE ADVANCED POLYMERS LLC d/b/a GROVE BAGS, an Ohio limited liability company.

    Defendants,

## SUMMONS IN A CIVIL ACTION

To:    KINZIE ADVANCED POLYMERS LLC d/b/a GROVE BAGS
5 Lake House Lane
Hunting Valley, OH 44022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the third-party plaintiff or third-party plaintiff's attorney, whose name and address are:

Jessamyn L. Jones
3i Law, LLC
2000 S. Colorado Blvd.
Tower 1, Suite 10000
Denver, Colorado 80222
jjones@3ilawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                    _____
                                           Signature of Clerk or Deputy Clerk