IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION No.

MICHAEL RYAN TATUM, an individual; and CALYX CONTAINERS, LLC, a Colorado limited liability company,

 Plaintiff,

v.

KINZIE ADVANCED POLYMERS LLC d/b/a GROVE BAGS, an Ohio limited liability company.

 Defendants,

## ATTACHMENT TO CIVIL COVER SHEET

Section 1(a):

Attorneys for Plaintiff:

Jessamyn L. Jones
Grant T. Shibao
3i Law, LLC
2000 S. Colorado Blvd.
Tower 1, Suite 10000
Denver, CO 80222
(303) 245-2100
jjones@3ilawfirm.com
gshibao@3ilawfirm.com