IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION No. 1:25-cv-01321-CYC

MICHAEL RYAN TATUM, an individual; and CALYX CONTAINERS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

KINZIE ADVANCED POLYMERS LLC d/b/a GROVE BAGS, an Ohio limited liability company.

    Defendants,

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Plaintiff Calyx Containers, LLC, states that, to the best of its knowledge and belief, there are no parent companies or any publicly held corporations that own 10% or more of its stock.

DATED this 28th day of April, 2025.

    Respectfully submitted,

    3i Law, LLC
    *[A duly signed original on file at office of undersigned.]*

    By: */s/ Jessamyn L. Jones*
    Jessamyn L. Jones
    Grant T. Shibao
    2000 S. Colorado Blvd. Tower 1
    Suite 10000
    Denver, CO 80222
    Telephone: (303) 245-2162
    Facsimile: (303) 245-2108

jjones@3ilawfirm.com
gshibao@3ilawfirm.com

*Attorneys for Plaintiffs*