Outlook

## RE: Tatum/Calyx v. Kinzie - Request for extension

**From** Andrew Lavin <alavin@grsm.com>
**Date** Wed 5/28/2025 10:16 AM
**To** Grant Shibao <gshibao@3ilawfirm.com>; Jessamyn Jones <jjones@3ilawfirm.com>
**Cc** Brittney Bulawa <bbulawa@grsm.com>; Monica Vela <mvela@grsm.com>; Jennifer Pape <jpape@3ilawfirm.com>

Hi Grant,

It is our understanding that there is intention to amend the Compliant based on testimony that occurred today in the Ohio matter. If that is true, it seems to be a waste of resources to respond to the Complaint by Friday.  Are you agreeable to agreeing to a deadline that the Amended Complaint will be filed and then agree to two weeks to respond to that Amended Complaint? If so, we can draft a status update to the Court.

Thanks,
Drew

---

**ANDREW K. LAVIN**
Partner

555 Seventeenth Street, Suite 3400, Denver, CO 80202
**D:** 303.200.6883
alavin@grsm.com

grsm.com
vCard

---

**From:** Grant Shibao <gshibao@3ilawfirm.com>
**Sent:** Thursday, May 22, 2025 2:38 PM
**To:** Andrew Lavin <alavin@grsm.com>; Jessamyn Jones <jjones@3ilawfirm.com>
**Cc:** Brittney Bulawa <bbulawa@grsm.com>; Monica Vela <mvela@grsm.com>; Jennifer Pape <jpape@3ilawfirm.com>
**Subject:** Re: Tatum/Calyx v. Kinzie - Request for extension

You have my permission to add my e-signature and file.

Thanks,

Grant T. Shibao (he/him/his)

### 3i Law

2000 S. Colorado Blvd

Tower 1, Suite 10000

Denver, CO 80222

T: 303.245.2100   F: 303.245.2108

Direct: 303.301.1349

E: gshibao@3ilawfirm.com | www.3ilawfirm.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender and delete the original message. Thank you.

**From:** Andrew Lavin <alavin@grsm.com>
**Sent:** Thursday, May 22, 2025 2:22 PM
**To:** Grant Shibao <gshibao@3ilawfirm.com>; Jessamyn Jones <jjones@3ilawfirm.com>
**Cc:** Brittney Bulawa <bbulawa@grsm.com>; Monica Vela <mvela@grsm.com>; Jennifer Pape <jpape@3ilawfirm.com>
**Subject:** RE: Tatum/Calyx v. Kinzie - Request for extension

Grant,

Thanks for the professional courtesy. Can we add your e-signature to the attached?

| Gordon & Rees, Scully Mansukhani - Your 50 State Partner | **ANDREW K. LAVIN**<br>Partner<br><br>555 Seventeenth Street, Suite 3400, Denver, CO 80202<br>**D:** 303.200.6883<br>alavin@grsm.com<br><br>grsm.com<br>vCard |
|---|---|

**From:** Grant Shibao <gshibao@3ilawfirm.com>
**Sent:** Thursday, May 22, 2025 8:03 AM
**To:** Andrew Lavin <alavin@grsm.com>; Jessamyn Jones <jjones@3ilawfirm.com>
**Cc:** Brittney Bulawa <bbulawa@grsm.com>; Monica Vela <mvela@grsm.com>; Jennifer Pape <jpape@3ilawfirm.com>
**Subject:** Re: Tatum/Calyx v. Kinzie - Request for extension

Good morning Drew,

Thank you for reaching out. No objection to the one-week extension, making the new deadline 5/30. I look forward to working with you on this matter.

Best,

Grant T. Shibao (he/him/his)

**3i Law**

2000 S. Colorado Blvd

Tower 1, Suite 10000

Denver, CO 80222

T: 303.245.2100   F: 303.245.2108

Direct: 303.301.1349

E: gshibao@3ilawfirm.com | www.3ilawfirm.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender and delete the original message. Thank you.

---

**From:** Andrew Lavin <alavin@grsm.com>
**Sent:** Wednesday, May 21, 2025 5:34 PM
**To:** Jessamyn Jones <jjones@3ilawfirm.com>; Grant Shibao <gshibao@3ilawfirm.com>
**Cc:** Brittney Bulawa <bbulawa@grsm.com>; Monica Vela <mvela@grsm.com>
**Subject:** Tatum/Calyx v. Kinzie - Request for extension

> Clarity couldn't recognize this email as this is the first time you received an email from this sender alavin@grsm.

Hi Jessamyn and Grant,

We are coming up to speed on the Tatum/Calyx v. Kinzie matter. Our understanding is a response to the Complaint is due 5/23. I've been buried and have holiday plans. Are you agreeable to a one-week extension to respond to the complaint? Happy to discuss. Look forward to working with you.

Thanks,
Drew

---

Gordon & Rees, Scully Mansukhani - Your 50 State Partner

**ANDREW K. LAVIN**

Partner

555 Seventeenth Street, Suite 3400, Denver, CO 80202

**D:** 303.200.6883

alavin@grsm.com

grsm.com
vCard