IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:25-cv-01321-DDD-CYC

MICHAEL RYAN TATUM, et al.

    Plaintiffs,

v.

KINZIE ADVANCED POLYMERS LLC d/b/a GROVE BAGS,

    Defendant.

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S RULE 12(b)(1) MOTION TO DISMISS AND MOTION TO STAY LITIGATION PENDING DECISION ON DEFENDANT'S RULE 12(b)(1) MOTION AND CONVERT SCHEDULING CONFERENCE INTO A STATUS CONFERENCE

Defendant Kinzie Advanced Polymers LLC d/b/a Grove Bags ("Defendant") has filed a Rule 12(b)(1) Motion to Dismiss (Doc. #22) and a Motion to Stay Litigation Pending Decision on Defendant's Rule 12(b)(1) Motion and Convert Scheduling Conference into a Status Conference (Doc. #23) (collectively, the "Motions").  The Motions address two pending Ohio lawsuits:  (1) Case No. 1:24-cv-01887-SO currently pending in the United States District Court for the Northern District of Ohio (the "First Ohio Lawsuit"); and (2) Case No. 1:25-cv-01217 currently pending in the United States District Court for the Northern District of Ohio (the "Second Ohio Lawsuit"). The First Ohio Lawsuit was pending when this lawsuit was filed, but Plaintiffs Michael Ryan Tatum ("Tatum"), Calyx Containers, LLC ("Calyx"), Chaz Hermanowski ("Hermanowski"), and Jacob Torrison ("Torrison") (Tatum, Calyx, Hermanowski, and Torrison are collectively,

"Plaintiffs") failed to provide notice to this Court pursuant to Local Rule 3.2.

On August 21, 2025, the District Court Judge in the First Ohio Lawsuit issued a sixty-one page Order (the "Order") addressing the jurisdiction and choice of law for the employment contracts between Tatum and Defendant. A copy of the Order is attached as Exhibit A. The Order addresses the following issues that are dispositive of this lawsuit: (1) Choice of Law (Order at 11-20); (2) Jurisdiction over Tatum and Calyx in Ohio (Order at 20-36); (3) Tatum's breach of his employment contracts with Defendant (Order at 36-45); and (4) Calyx's tortious interference with Defendant's contract rights (Order at 48-53). In addition, contrary to Plaintiffs' representations to this Court, the Order cites district court decisions in Georgia, South Dakota and New York that are consistent with the Order's ruling on the choice of law issues. (Order at 13-14).

The Order was shared with Plaintiffs' counsel last week, but Plaintiffs' counsel is in trial this week and indicated should would not be able to review or respond to the Order until after trial. The Order, however, is dispositive of the issues in this lawsuit and pertinent to pending motions. Accordingly, the Order bars the further litigation of the issues decided in the First Ohio Lawsuit in this Court. *B&B Hardware, Inc. v. Hargis Industries, Inc.*, 575 U.S. 138, 147-148 (2015); *Smith v. LNV Corp., Inc.*, Case No. 19-cv-01097-RM, 2021 WL 1634501 *3 (D.Col. April 27, 2021); *Keller Tank Servs. II, Inc. v. Comm'r of Internal Revenue*, 854 F.3d 1178, 1193 (10th Cir. 2017). Accordingly, Plaintiffs should be directed to litigate the issues relating to the Order in the First Ohio Lawsuit and the Sixth Circuit Court of Appeals because "a losing litigant deserves no rematch after a defeat fairly suffered." *Astoria Fed. Sav. & Loan Assn. v. Solimino*, 501 U.S. 104, 107 (1991).

Defendant will meet and confer with Plaintiffs on the Order and the Order's impact on this

case. Defendant hopes to avoid further motion practice in this Court addressing this Order beyond the two pending Motions.

Dated this 25th day of August, 2025.

        **GORDON REES**
        **SCULLY MANSUKHANI, LLP**

        */s/ Brittney T. Bulawa*
        Andrew K. Lavin, Esq.
        Brittney T. Bulawa, Esq.
        555 Seventeenth Street, Suite 3400
        Denver, Colorado 80202
        Telephone: (303) 534-5160
        alavin@grsm.com
        bbulawa@grsm.com

        *Attorneys for Defendant Kinzie Advanced Polymers LLC d/b/a Grove Bags*

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true copy of the above and foregoing **Defendant's Notice of Supplemental Authority in Support of Defendant's Rule 12(b)(1) Motion to Dismiss and Motion to Stay Litigation Pending Decision on Defendant's Rule 12(b)(1) Motion and Convert Scheduling Conference into a Status Conference** was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below, this 25th day of August, 2025.

Jessamyn L. Jones
Grant T. Shibao
2000 S. Colorado Blvd, Tower 1
Suite 10000
Denver, Colorado 80222
Jjones@3ilawfirm.com
gshibao@3ilawfirm.com

*Attorneys for Plaintiffs*

                                                   */s/ Monica L. Vela*
                                               Gordon Rees Scully Mansukhani, LLP