IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Cyrus Y. Chung**

| | |
|---|---|
| Civil Action No: 25-cv-01321-DDD-CYC | Date: September 10, 2025 |
| Courtroom Deputy: Stephanie Price | FTR: Courtroom C205 |

<u>Parties:</u>  <u>Counsel:</u>

MICHAEL RYAN TATUM,           Jessamyn Lynn Jones
CALYX CONTAINERS LLC,       Grant Takeshi Shibao
JACOB TORRISON,
CHAZ HERMANOWSKI,

   Plaintiff(s).

v.

KINZIE ADVANCED POLYMERS LLC,     Andrew Keith Lavin

   Defendant.

**COURTROOM MINUTES/MINUTE ORDER**
**MOTION HEARING**

**1:59 p.m.   Court in session.**

Court calls case. Appearances of counsel.

This matter is before the Court for a Motions Hearing on the Motion to Stay Litigation Pending Decision On Defendant's Rule 12(B)(1) Motion and Convert Scheduling Conference into a Status Conference [ECF No. 23].

Preliminary remarks by the Court.

Argument by Counsel on the motion.

For the reasons set forth on the record, it is

**ORDERED:**         The plaintiff's Motion to Stay Litigation Pending Decision of Defendant's Rule 12(b)(1) Motion and Convert Scheduling Conference into a Status Conference, [ECF No. 23], is **GRANTED in part**. Discovery is **STAYED** pending resolution of the Motion to Dismiss, [ECF No. 22]. The portion

requesting conversion of the scheduling conference is **DENIED as moot** as the scheduling conference was vacated after the motion was filed.

**2:11   p.m.   Court in recess.**

Hearing concluded.
Total in-court time   0:12

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** Ab Litigation Services at (303) 629-8534.