IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01321-DDD-CYC

MICHAEL RYAN TATUM, an individual; CALYX CONTAINERS, LLC, a Colorado limited liability company, CHAZ HERMANOWSKI, an individual, and JACOB TORRISON, an individual,

     Plaintiffs,

v.

KINZIE ADVANCED POLYMERS LLC d/b/a GROVE BAGS, an Ohio limited liability company,

     Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed March 29, 2026, by the Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendant, Kinzie Advanced Polymers LLC d/b/a Grove Bags, an Ohio limited liability company, and against Plaintiffs, Michael Ryan Tatum, an individual; Calyx Containers, LLC, a Colorado limited liability company, Chaz Hermanowski, an individual, and Jacob Torrison, an individual, on Defendant's Rule 12(b)(1) Motion to Dismiss. It is further

ORDERED that Plaintiffs' Verified First Amended Complaint and action are dismissed without prejudice.

1

DATED at Denver, Colorado this <u>30th</u> day of March, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk